UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ELIONE ADDERLY,**

    **Plaintiff,**

**v.**                            **CASE NO. 5:18cv219-MCR/MJF**

**MYSTRO, et al.,**

    **Defendants.**

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 15, 2019. ECF No. 23. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 23, is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for default judgment, ECF No. 12, is **DENIED**.

**DONE AND ORDERED** this 15th day of April 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**